THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. WERNER, Appellant.— Appeal from order of the County Court of Queens county, denying motion for a certificate that the crime charged should be prosecuted by indictment dismissed upon the ground that the order is not appealable. (*People* v. *Mascola*, 174 App. Div. 360.) Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur. [139 Misc. 479.]

EDWARD SCHILLER, Respondent, v. KATRINA M. ADLER, Appellant.— Judgment of the County Court of Suffolk county modified by reducing it to the extent of $366, being $350 which was not deducted on the plumbing item and $16 relating to the movable stairs into the garret item, which the court fixed at $166 while the proof only warranted an allowance of $150. As thus modified the judgment is unanimously affirmed, with costs to appellant. Finding of fact No. 16 and conclusions of law Nos. 1, 2 and 4 are modified accordingly. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

A. C. N. THOMPSON, as Executor, etc., of HENRY C. BREWSTER, Deceased, Respondent, v. MARY D. VAIL, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of opening defendant's default upon condition that she pay plaintiff, within ten days from the entry of the order herein, the costs taxed in the judgment. In the event that defendant fail to pay the costs as herein directed, the order is affirmed, with ten dollars costs and disbursements. We think the default was excusable and that sufficient merit was shown to entitle defendant to a trial. Lazansky, P. J., Young, Hagarty, Scudder and Tompkins, JJ., concur.

JAMES WELSH, Appellant, v. MARGARET WELSH, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ.

WESTCHESTER ASBESTOS COMPANY, INC., Respondent, v. BRONXVILLE CHATEAU, INC., Appellant.— Order of the City Court of White Plains granting plaintiff's motion for summary judgment and judgment entered thereon unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

JOHN R. FOOTE and ANDREW J. FOOTE, Respondents, v. CARRIE ADAMS and Others, Defendants. DAVID BANDLER, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— The decision of this court handed down on March 13, 1931,* is hereby amended to read as follows: Order of the County Court of Nassau county, denying appellants' motion to be relieved from the effects of a certain stipulation and to permit them to file an answer, reversed upon the law and the facts, without costs, and motion granted, without costs. Defendant the People of the State of New York may serve their answer within ten days from the entry of the order herein. Opinion *per curiam.* Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ., concur.

In the Matter of JAMES W. HICKS, an Attorney.— Motion for reinstatement granted. Present — Lazansky, P. J., Kapper, Hagarty, Scudder and Davis, JJ.

* See *ante*, p. 60.— [REP.